No. 00–10348. EDWARDS *v.* COCKRELL, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10349. DOUGLAS *v.* CATERPILLAR, INC., ET AL. (two judgments). C. A. 7th Cir. Certiorari denied.

No. 00–10350. FAGARASAN *v.* UNIVERSITY OF CALIFORNIA AT SAN DIEGO. C. A. 9th Cir. Certiorari denied.

No. 00–10351. OPONG-MENSAH *v.* BASSOFF ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 00–10353. POTTS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10354. ASHLEY *v.* BRAXTON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 00–10357. DOUGLAS *v.* UNITED STATES COURT OF AP-PEALS FOR THE EIGHTH CIRCUIT. C. A. 8th Cir. Certiorari denied.

No. 00–10358. DERROW *v.* TEXAS BOARD OF PARDONS AND PA-ROLES ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–10359. MASON *v.* BOARD OF REGENTS OF THE UNIVER-SITY OF OKLAHOMA ET AL. Ct. Civ. App. Okla. Certiorari de-nied.

No. 00–10360. HADDOCK *v.* GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10361. BROWN *v.* CONROY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10362. ALLEN *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–10363. ADAMS *v.* CITY OF DEADWOOD. Sup. Ct. S. D. Certiorari denied.

No. 00–10365. PATTERSON ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.